FILED

2007 MAY 29  AM 8:28

CLERK US DIS...
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,**<br><br>         Plaintiffs,<br><br>   v.<br><br>**P. B. HOME & GARDEN, CORPORATION; SAMPO FAMILY TRUST, dated 08-27-92;** And **DOES 1 THROUGH 10, Inclusive**<br><br>         Defendants. | Case No.: 06cv1657 JM (CAB)<br><br>[PROPOSED] ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by Plaintiffs 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual, Plaintiffs, and Defendant P. B. HOME & GARDEN, CORPORATION, on the other hand, through their respective attorneys of record that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv1657

1          Case Number: 06cv1657 JM (CAB)

Document Date: March 28, 2007

JM (CAB). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 5/24/07

HONORABLE JEFFERY T. MILLER
UNITED STATES DISTRICT COURT JUDGE

Document Date: March 28, 2007